# Court of Appeals
# of the State of Georgia

ATLANTA,__November 15, 2016___

*The Court of Appeals hereby passes the following order:*

## A17E0015. ANGELO F. BENJAMIN v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.

It is hereby ordered that the emergency motion requesting an extention of time in which to file an Application for Discretionary Appeal is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____11/15/2016____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____ , Clerk.